FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ AUG 2 6 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PERVEZ AHMED PHYSICIAN P.C.,

                       Appellant,

  -against-

UNITED STATES OF AMERICA,
(INTERNAL REVENUE SERVICE)

                       Appellee.
-------------------------------------------------------------------X

JUDGMENT
04-CV- 1360 (DLI)

        An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 24, 2005, ordering that the Clerk of the Court enter judgment in favor of the Appellee, the United States of America, and against the Appellant, Pervez Ahmed Physician P.C., affirming the IRS administrative determination concerning collection action that is the subject of the Appellant's appeal because the IRS settlement officer who made the determination concerning the issuance of a notice of federal tax lien and the IRS's intent to levy, did not abuse his direction in sustaining the proposed collection action because it balances the need for the efficient collection of taxes with the legitimate concern of the taxpayer that any collection action be no more intrusive than necessary; it is

JUDGMENT
04-CV-1360 (DLI)

ORDERED and ADJUDGED that judgment is hereby entered in favor of the Appellee, the United States of America, and against the Appellant, Pervez Ahmed Physician P.C., affirming the IRS administrative determination concerning collection action that is the subject of the Appellant's appeal because the IRS settlement officer who made the determination concerning the issuance of a notice of federal tax lien and the IRS's intent to levy, did not abuse his direction in sustaining the proposed collection action because it balances the need for the efficient collection of taxes with the legitimate concern of the taxpayer that any collection action be no more intrusive than necessary.

Dated: Brooklyn, New York
      August 26, 2005

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy Clerk
for Operations